H. N. Finney, appellee, v. L. R. Hilleary, appellant.

628

Opinion filed July 26, 1929.

John H. Meyer, for appellant. J. W. Browning and C. A. White-side, for appellee.

Mr. Justice Wolfe delivered the opinion of the court.